**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**05-04**

**PAUL A. MOORE**

**VERSUS**

**LORANCE A. DUGAS, ET AL.**

\*\*\*\*\*\*\*\*\*\*\*\*

**APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-3554
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

**JAMES T. GENOVESE
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Glenn B. Gremillion, Billy H. Ezell, and James T. Genovese, Judges.

**AFFIRMED**.

Robert J. Tete
William M. Nolen
Post Office Box 1930
Lake Charles, Louisiana 70602-1930
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    Paul A. Moore

V. Ed Mcguire, III
Post Office Drawer 1705
Lake Charles, Louisiana 70602
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    Clarendon America Insurance Company and
    F & F Trucking, Inc.

Skylar J. Comeaux
345 Doucet Road, Suite 104-A
Lafayette, Louisiana 70503
**COUNSEL FOR DEFENDANT/APPELLEE:**
 Hartford Insurance Company of the Midwest,
 William Roush and Lorance Dugas


J. Louis Gibbens
222 West St. Peter Street
New Iberia, Louisiana 70560
**COUNSEL FOR INTERVENOR/APPELLEE:**
 Management Services, USA (MSI)